# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MILORAD OLIC, | ) | Case No. SA CV 17-103-MWF (SP) |
|     Petitioner, | ) | |
| v. | ) | **ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |
| J. GASTELO, Warden, | ) | |
|     Respondent. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report to which petitioner has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that respondent's Motion to Dismiss (docket no. 14) is granted and Judgment will be entered denying the First Amended Petition and dismissing this action without prejudice.

DATED: March 29, 2018

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE