JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILORAD OLIC, | Case No. SA CV 17-103-MWF (SP) |
| Petitioner, | |
| v. | **JUDGMENT** |
| J. GASTELO, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the First Amended Petition is denied and this action is dismissed without prejudice.

Dated: March 29, 2018

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE